Han Sheng Beh, Esq.
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, New York 10017
212-471-6200 (Telephone)
212-935-1166 (Facsimile)
*Attorneys for Defendant*
*Midland Credit Management, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TERRY ALGRANATI, *on behalf of himself and those similarly situated,*<br><br>                    Plaintiff,<br><br>        - against -<br><br>MIDLAND CREDIT MANAGEMENT, INC.; and JOHN DOES 1 to 10,<br><br>                    Defendants. | Docket No. 2:22-cv-04818<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("Midland") hereby gives notice of the removal of this action from the Superior Court of New Jersey, Law Division, Hudson County, where it is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant Midland states:

1. On or about June 23, 2022, Plaintiff filed a summons and complaint in this action styled *Terry Algranati, on behalf of himself and those similarly situated v. Midland Credit Management, Inc. and John Does 1 to 10,* bearing Docket No. HUD-L-2066-22 before the Superior Court of New Jersey, Law Division, Hudson County. A copy of the Summons and Complaint is annexed hereto as **Exhibit A**.

2. The Summons and copy of the Complaint was served on or about June 30, 2022.

3. The Complaint alleges, in sum and substance, that Midland violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* Midland denies that it violated the law in any way. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. This Notice of Removal is timely filed within thirty (30) days after Midland first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.

5. A civil cover sheet and the payment of the required filing fee accompany this Notice.

6. Written notice of this Notice of Removal will be filed with the Superior Court of New Jersey, Law Division, Hudson County.

**WHEREFORE,** Defendant Midland, respectfully requests that this action be removed from the Superior Court of New Jersey, Law Division, Hudson County to the United States District Court for the District of New Jersey.

Dated:   New York, New York
         July 29, 2022

                                        HINSHAW & CULBERTSON LLP
                                        *Attorneys for Defendant*
                                        *Midland Credit Management, Inc.*

                                   By:  *s/Han Sheng Beh*
                                        Han Sheng Beh
                                        800 Third Avenue, 13th Floor
                                        New York, NY 10022
                                        Tel: 212-471-6200

TO:  Yongmoon Kim, Esq.
     Kim Law Firm LLC
     *Attorneys for Plaintiff*
     411 Hackensack Avenue, Suite 701
     Hackensack, New Jersey 07601
     Tel. & Fax: (201) 273-7117